

NUMBER 13-10-00072-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

IN RE: BISHOP LIFTING PRODUCTS, INC.

On Petition for Writ of Mandamus
and Motion for Emergency Temporary Relief.

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Yañez and Vela
Per Curiam Memorandum Opinion[1]

Relator, Bishop Lifting Products, Inc., filed a petition for writ of mandamus and a motion for emergency temporary relief in the above cause on February 18, 2010. The Court, having examined and fully considered the petition for writ of mandamus and motion for emergency temporary relief, is of the opinion that relator has not shown itself entitled to the relief sought. Accordingly, the motion for emergency temporary relief and the petition for writ of mandamus are DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
19th day of February, 2010.

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).